JAMES C. HOLLAND; SBN 134233
Attorney at Law
134 North Conyer St.
Visalia, CA 93291
(559) 741-1112
FAX: (559) 741-1113

Attorney for plaintiff A.V., a minor, by and through her Guardian Ad Litem Y.V.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.V., a minor, by and through her Guardian Ad Litem Y.V.;<br><br>　　　Plaintiff,<br><br>vs.<br><br>FELIX MATA, PRINCIPAL, FAIRVIEW ELEMENTARY SCHOOL; CHANH SIVILAY; MS. RENTERIA; MS. PRICE; VISALIA UNIFIED SCHOOL DISTRICT; PRO-YOUTH, a California Corporation; DOES 1-20;<br><br>　　　Defendants. | Case No.:08-cv-01893-AWI-DLB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br><br><br><br>Prior Date: March 12, 2009<br>New Date: May 20, 2009<br>Time: 9:00 a.m.<br>Courtroom: 9 |

　　At the request of plaintiff's counsel, the Scheduling Conference is hereby continued to May 20, 2009 at 9:00 a.m. in Courtroom 9.

　　IT IS SO ORDERED.

　　Dated: **March 9, 2009**　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1