JAMES C. HOLLAND; SBN 134233
Attorney at Law
134 North Conyer St.
Visalia, CA 93291
(559) 741-1112
FAX: (559) 741-1113

Attorney for plaintiff A.V., a minor, by and through her Guardian Ad Litem Y.V.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.V., a minor, by and through her Guardian Ad Litem Y.V.;<br><br>Plaintiff,<br><br>vs.<br><br>FELIX MATA, PRINCIPAL, FAIRVIEW ELEMENTARY SCHOOL; CHANH SIVILAY; MS. RENTERIA; MS. PRICE; VISALIA UNIFIED SCHOOL DISTRICT; PRO-YOUTH, a California Corporation; DOES 1-20;<br><br>Defendants. | No.: 1:08-CV-01893-AWI-DLB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>Prior Date: May 20, 2009<br>New Date: July 1, 2009<br>Time: 9:00 a.m.<br>Ctrm: 9, Hon. Dennis L. Beck |

At the request of plaintiff, the Scheduling Conference previously set for May 20, 2009, is hereby continued to July 1, 2009 at 9:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **May 13, 2009**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1