JAMES C. HOLLAND; SBN 134233
Attorney at Law
134 North Conyer St.
Visalia, CA 93291
(559) 741-1112
FAX: (559) 741-1113

Attorney for plaintiff A.V., a minor, by and through her Guardian Ad Litem Y.V.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.V., a minor, by and through her Guardian Ad Litem Y.V.; <br><br> Plaintiff, <br><br> vs. <br><br> FELIX MATA, PRINCIPAL, FAIRVIEW ELEMENTARY SCHOOL; CHANH SIVILAY; MS. RENTERIA; MS. PRICE; VISALIA UNIFIED SCHOOL DISTRICT; PRO-YOUTH, a California Corporation; DOES 1-20; <br><br> Defendants. | No.: 1:08-CV-01893-AWI-DLB <br><br> ORDER CONTINUING SCHEDULING CONFERENCE <br><br><br><br><br> Prior Date: Sept. 3, 2009 <br> New Date: Nov. 12, 2009 <br> Time: 9:00 a.m. <br> Ctrm: 9, Hon. Dennis L. Beck |

At the request of plaintiff, the Scheduling Conference previously set for September 3, 2009, is hereby continued to November 12, 2009 at 9:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **September 4, 2009**          **/s/ Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE

1