1   JAMES C. HOLLAND; SBN 134233
    Attorney at Law
2   134 North Conyer St.
    Visalia, CA 93291
3   (559) 741-1112
    FAX: (559) 741-1113
4
    Attorney for plaintiff A.V., a minor, by and through her
5                     Guardian Ad Litem Y.V.

6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10
    A.V., a minor, by and through      ) Case No.:08-cv-01893-AWI-DLB
11  her Guardian Ad Litem Y.V.;        )
                                       ) ORDER ON NOTICE OF
12       Plaintiff,                    ) VOLUNTARY DISMISSAL
                                       ) BY PLAINTIFF
13  vs.                                )
                                       ) (Fed. Rule Civ. Pro.41(a))
14  FELIX MATA, PRINCIPAL, FAIRVIEW    )
    ELEMENTARY SCHOOL; CHANH SIVILAY;  )
15  MS. RENTERIA; MS. PRICE; VISALIA   )
    UNIFIED SCHOOL DISTRICT; PRO-YOUTH,)
16  a California Corporation;          )
    DOES 1-20;                         )
17                                     )
         Defendants.                   )
18  _____

19       To all interested parties, please take notice that Y.V.

20  hereby voluntarily dismisses the instant action, pursuant to Fed.

21  Rule Civ. Pro. 41(a).

    Dated: Nov. 4, 2009            /s/ James C. Holland
22                                 James C. Holland, Attorney for
                                   Minor plaintiff A.V., by and
23                                 through her Guardian Ad Litem, Y.V.

24
                              **ORDER**
25

26  IT IS SO ORDERED.

27  **Dated:   November 5, 2009**          **/s/ Anthony W. Ishii**
                                   CHIEF UNITED STATES DISTRICT JUDGE
28


                                1